UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **TRUSTEES OF THE PLUMBERS AND STEAMFITTERS LOCAL 184 SUPPLEMENTAL PENSION PLAN, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED MECHANICAL MARINE, LLC**<br><br>Defendant. | Case No.  5:20-cv-53-TBR |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the Plaintiffs voluntarily dismiss this action.

                Respectfully submitted,

                /s/ Jennie G. Arnold
                Jennie G. Arnold
                LEDBETTER PARISI LLC
                5078 Wooster Road, Suite 400
                Cincinnati, Ohio 45226
                937-619-0900
                937-619-0999 (fax)
                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2020, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system. A hard copy will be mailed to the Defendant, with a courtesy copy provided via e-mail to counsel Ryan Polczynski.

                                                s/ Jennie G. Arnold
                                                Jennie G. Arnold (KY 97589)
                                                **LEDBETTER PARISI LLC**
                                                *Counsel for Plaintiffs*