UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:20-CV-53

TRUSTEES OF THE PLUMBERS
AND STEAMFITTERS LOCAL 184
SUPPLEMENTAL PENSION PLAN, et al.                                    PLAINTIFFS

V.

UNITED MECHANICAL MARINE, LLC                                        DEFENDANT

## *ORDER OF DISMISSAL*

Pursuant to Docket #4 this action is now closed.

**IT IS SO ORDERED.**

cc: Counsel

Thomas B. Russell, Senior Judge
United States District Court

April 10, 2020